**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Martin A. CALDERON, Defendant–Appellant.**

No. 05–10911.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided May 2, 2006.

Vicki H. Lamberson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Amarillo, TX, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Martin A. Calderon, Three Rivers, TX, pro se.

Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before REAVLEY, DAVIS and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender, appointed to represent Martin A. Calderon (Calderon) on appeal, has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Calderon, who was convicted by a jury of conspiracy to commit kidnaping and kidnaping and aiding and abetting, received a copy of counsel's motion and has filed a response. Calderon has also filed a motion for leave to amend his response and has requested that the court appoint new counsel.

Our independent review of counsel's brief, Calderon's response, and the record discloses no issue of arguable merit for appeal. Accordingly, Calderon's motion for leave to amend his response to counsel's *Anders'* brief is GRANTED; Calderon's motion for appointment of new counsel is DENIED. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.